## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

PATRICK JOSEPH TERRY,                    )
                                         )
          Petitioner,           )
                                         )
-vs-                                     )        Case No. CIV-06-840-F
                                         )
JUSTIN JONES, Director, et al.,          )
                                         )
          Respondents.          )

### ORDER

On January 8, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended denial of petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Presently before the court is petitioner's objection to the Report and Recommendation.  The court, pursuant to 28 U.S.C. § 636(b)(1), has conducted a *de novo* review of the matter.  Having done so, the court agrees with Magistrate Judge Bacharach's analysis in regard to petitioner's allegations.  The court concludes that petitioner's objection to the Report and Recommendation is without merit.  The court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by Magistrate Judge Robert E. Bacharach on January 8, 2007 (doc. no. 25) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.  Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

DATED March  30, 2007.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE